# Exhibit A

Exhibit "A"

JUL 11 2024

36-462

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INFORMAL COMPLAINT FORM

**Inmate Name:** Franklin Abernathy **Commitment #:** W92704 **Incident Date:** 7/8/24
**Institution:** MCI-Shirley **Housing Unit:** BRU

**IMPORTANT: A Step 1 Informal Complaint Form is not required for an emergency grievance, allegation of staff misconduct, or allegation of sexual assault/abuse. Please file a formal grievance.**

**CHECK OFF AREA OF CONCERN (ONE ISSUE PER FORM ALLOWED)**

☐ CANTEEN ☐ FOOD ☐ HOUSING ASSIGNMENT/STATUS ☐ INMATE ACCOUNTS ☐ LIBRARY ☐ MAIL ☐ PHONE

☐ PHYSICAL PLANT ☐ PROCEDURE ☐ PROGRAMS ☐ PROPERTY ☐ RELIGION ☐ SEARCHES/INST ☐ VISITS

☒ OTHER Staff Misconduct/Assault/Denial Toilet Facilities/Sexual Misconduct

**State completely, but briefly, the single issue of concern:**
On 7/8/24, I requested to use the bathroom in the Voc. Ed Bldg. during a movement freeze, Sgt. Brooks refuse to unlock the bathroom door. So I was force to urinate in the hallway in front of 30+ inmates near the bathroom door. The Lt. reach around me and attemped to grab my penis which I knocked his hand away before I was pepersprayed and kick in the back by some one while I was in handcuffs on the ground

**Requested resolution:**
To have access to Toilets at All times in the inst., To stop being assaulted by Staff for no reason; and to be compensated $1,000,000.00 (One Million Dollars) for my rights being violated and mental anguish

**List any previous steps you have taken to resolve your concern:** Handwritten Copy Made

(Use other side of page if more space is needed)

**Inmate Signature:** Franklin B. Abernathy **Date:** 7/8/2024

*Note: If you follow instructions in preparing your request, it can be addressed more readily. Your complaint will be reviewed and replied to within ten (10) business days from the date of receipt.*

**DO NOT WRITE BELOW THIS LINE (Reserved for Staff Response)**

**Received By:** [signature] **Date Received:** 7/11/24

**DECISION**

**Resolution:** ☐ Granted ☐ Partially Granted ☐ Denied ☐ Alternate Resolution Offered ☐ N/A
☒ File a Formal Grievance

**Comments:** Per 103 CMR 491 Informal complaint forms are not required for allegations of Staff Misconduct. Therefore please fill out a formal Grievance form in its entirety and submit it via the grievance box. -[illegible]

**Decision By:** [signature] **Date:** 7/11/24

* Denied informal complaints may be appealed to the Institution Grievance Coordinator within ten (10) business days.



JUL 11 2024