Exhibit

B

Exhibit "B"

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

**Name** ABERNATHY FRANKLIN **Grievance#** 123076 **Institution** MCI SHIRLEY (MEDIUM)

**Commit No.** W92704 **Housing** BAU2 **Date Of Incident** 20240708 **Date Of Grievance** 20240711

**Informal filed** No

**Complaint** On 7/8/2024, at Approx. 8:20 AM or About in the Voc. Ed Bldg., Attending the "MAT" Program to receive my Prescribed medication. Upon Leaving the mAT Program Area, I was informed by Sgt. Brooks that there was a movement Freeze because of trucks entering the Institution. I walk to the inmate bathroom and the door was look. I walk back to Sgt. Brooks and Ask him could I use the bathroom. He told me "NO" and he was not openning the door until 9:00 AM. I informed Sgt. Brooks that I take medication that make me Urinate' frequently. Because my blader was in pain, I walk back to the restroom door
And informed Sgt. Brooks that I Needed to use the bathroom very badly. As I was About to releave myself Sgt. Brooks and Lt. Lawrie approuch me frombehind while I was facing the bathroom door with my penis in my hand. Lt. Lawrie reach around me to grab my penis which was expose in my hand to try to stop me from urinating...which I ended up urinating on myself, the Lieutenent hand touch the head of my penis, which I immediately Knock his hand Away from my private-part. and Lt. Lawrie started to spray me in the fAce with OC PepperSpray without warning my feet was swept from under me and my face and head hit the ground hard. Because of the pepper spray I could not see, but someone kick me in my back on my back brace which I was mearing. This incident took place in fromt of 30 plus inmates Looking on As I had to urinate in front of them and being ASSualted my. Correctional Officer I was informed my inmate Alexander Danello, W-118323 that Correctional Officers was ASSualting me while I was on the ground. Because I went into shock, I don't remember much of the KickK before I went into shock. End of Grievance.

**Remedy Requested** 1) To have Access to A toilet As Needed; 2) To have the officers reprimanded; 3) To be compensated $1,000,000.00 (one million Dollars) for the denial of ACCess to A bathroom, the unnecessary Sexual Assault And misuse of force. And Humilation of having to urinate on the floor in front of inmates

**Staff Recipient** Williams Zachary R CO II

**Staff Involved** Lawrie Stephen W CO III
Brooks Anthony J CO II

**Signature**

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received** 20240715 **Decision Date**

**Signature**

**Final Decision**

**Decision**

FORM "A"

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

| INMATE'S NAME: Franklin B. Abernathy | INMATE'S #: W-92704 | DATE: 7/11/24 |
|---|---|---|
| INSTITUTION INCIDENT OCCURRED AT: MCI-Shirley Medium | DATE OF INCIDENT: July 8, 2024 : Time 8:20AM | |

INSTRUCTIONS:
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In **Block B**, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in **Block C**. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in **Block D**.

**A. When filing an Emergency Grievance check Emergency.**

_____**EMERGENCY**

**B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary.** On 7/8/2024, At Approx. 8:20 or About in the Voc. Ed. Bldg., Attending the "MAT" Program to receive my Prescribed medication. Upon Leaving the Mat program Area, I was informed by Sgt. Brooks that there was A Movement Freeze because of trucks Entering the Institution. I walk to the inmate bathroom and the door was lock. I walk back to Sgt. Brooks and Ask him Could I use the bathroom. He told me "NO" and he was not opening the door until 9:00 am. I informed Sgt. Brooks that I take medication that make
*(Additional Paper Added) Cont

**C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted.**
- Informal Grievance Filed 7/9/24 - Handwritten Copy Made
Sent by Institution Mail In BAU/2 side/cell #

**D. Provide your Requested Remedy.** 1) To have Access to A toilet As Needed. 2) To have the officers reprimanded 3) To be compensated $1,000,000.00 (One Million Dollars) for the denial of Access to a toilet, the unnecessary use of Force, the humiliation of having to Urine on the Floor in front of 30+ inmates and the Assault while handcuff And sexual Assault.

Inmate's Signature Franklin B. Abernathy Date: 7/11/2024

Staff Recipient__________________ Date:__________

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.
(Inmate receipts/responses will be generated via the Inmate Management System.)

Formal Grievance: 7/8/24
Denial of Toilet Use.

Cont. 2

me urinate frequently. Because my bladder was in pain. I walk back to the restroom door and informed Sgt. Brooks that I needed to use the bathroom very badly. As I was about to releave myself Sgt. Brooks And a unknown Lieutenant approach me while I was facing the bathroom door with my penis in my hand. The Lieutenent reach around me to grab my penis which was expose or my hand to stop me from urinating. (which I ended up urinating on myself) The Lieutenent hand touch the head of my penis, which I immediately knock his hand away... and he started to spray me in the face with "MACE"... Without worning, I was knock down to the ground and someone put handcuffs on me... and Again without warning because I could not see but someone kick me in the back on my back brace. Because of the back-brace I receive no injures to my back. This incident took place with 30 plus inmates looking on as I had to use the hallway for a toilet, which lead to this attach on my person by Correctional Officer Sgt. Brooks And the Unknow Lieutenent.

Several Hours later, another inmate Alexander Danello, W-118323, informed me that I was assualted by officers who may have punch & kick me... I do not remember because I could not see and feel because I was in shock and the pepper spray was burning my skin and face, so if I was assualted further it would be on the body cameras the officers was wearing.

End of Grievance