Exhibit

C

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE APPEAL FORM

## FORWARD TO SUPERINTENDENT

Exhibit "C"

**Commit Name:** ABERNATHY FRANKLIN
**Commit #:** W92704
**Grievance #:** 123076
**Date Of Grievance:** 20240711
**Institution:** MCI SHIRLEY (MEDIUM)
**Housing:** BAU2
**Appeal Date:** 20240727
**Appeal Received Date:** 20240808
**Current Institution:** MCI SHIRLEY (MEDIUM)
**Current Housing:** A-1

**Appeal** this Grievance Appeal is being filed to exhaust my Administrative Remedies. After receiving "No" response to my formal Grievance #123076. I reiterate and reallege the facts set forth in my original Grievance as though full set forth herein. On 7/18/224, at approximately 8:20 am or about in the Voc. Ed. Bldg., attending the "MAT" Program to receive my Prescribed medication. Upon leaving the "MAT" Program Area, I was informaed by Sgt. Brooks that there wsa a movement freeze because trucks was entering the institution. I walk to the inmate bathroom and the door was lock. I walk back to Sgt. Brooks and ask him could I use the bathroom. *(Additional Sheet Added)(Handwritten copy made)

**Remedy Requested** 1.To have Access to a Toilet as needed; 2.To have the officers reprimanded; And 3. To be compensated $1,000,000xx (One Million Dollas) for the Denial of Access to a toilet; Unnecessary use of force, himiliation of having to urinate on the floor in front of 30 plus inmates; sexual Assault; and Mental and Emotional anguish.

**Staff Recipient** Williams Zachary R CO II

**Signature** ____________________

## DECISION BY SUPERINTENDENT

**Appeal Received Date** 20240808 **Decision Date** 20240813 **Decision** PARTIAL APPROVAL

**Decision By** Lynds Joann M SUPERINTENDENT

**Reasons** Incarcerated individuals will have access to bathroom within the programs and vocational buildings. You request for monetary compensation of 1 million dollars is denied and the remainder of your grievance has been sent for investigation by the Professional Standards Unit, Intake Number 21392.

**Signature** [signature] **Date** 8-13-24

## INMATE RECEIPT

**Inmate's Name** ABERNATHY FRANKLIN
**Institution** MCI SHIRLEY (MEDIUM)
**Number** W92704
**Appeal Received Date** 20240808
**Staff Recipient** Williams Zachary R CO II
**Superintendent's Signature** [signature]

FORM "B"

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INMATE GRIEVANCE APPEAL FORM

| INMATE'S NAME: Franklin B. Abernathy | INMATE'S #: W92704 | DATE: 7/27/24 |
|---|---|---|
| INSTITUTION OCCURRED AT: MCI-Shirley Medium | | ASSIGNED GRIEVANCE #: 123076 |

INSTRUCTIONS:

5. Refer to 103 CMR 491, Inmate Grievance Policy. * Handwritten Copy made
6. Provide your appeal argument in Block A, in a brief and understandable manner.
7. Provide your requested remedy in Block B.

**A. Provide your appeal argument in a brief and understandable manner.**

This Grievance is being filed to exhaust my Administrative Remedies, After recieving "No" response to my formal Grievance # 123076.

I reiterate and reallege the facts set forth in my original Grievance:

On 7/8/2024, At Approximately 8:20 AM or About, in the Voc. Ed. Bldg., Attending the "MAT" Program to receive my Prescribed medication. Upon Leaving the "MAT" Program Area, I was informed by Sgt. Brooks that there was a movement Freeze because of Trucks Entering the Instition. I walk to the inmate bathroom and the door was lock. I walk back to Sgt. Brooks and Ask him Could I use the bathroom.

*(Additional Sheet Added)* (Handwritten Copy made)

**B. Provide your requested remedy** 1.) To have Access to A toilet As Needed; 2.) To have the Officers reprimanded; And 3.) To be Compensated $1,000,000.00 (One Million Dollars) for the denial of Access to A toilet, Unnecessary Use of force; Humiliation of having to urinate on the floor in front of 30 Plus inmates; And sexual Assualt; Mental and Emotional Anguish.

Inmate's Signature Franklin B. Abernathy Date: 7/28/2024

Staff Recipient ______________________ Date: ____________

(Inmate receipts/responses will be generated via the Inmate Management System.)

December 2022

1 of 2

Grievance Appeal 7/27/2024
original Grievance #123076.
Denial of Toilet/Misuse of Force/
Sexual Assault.

2

Cont.

Sgt. Brooks Told me "No" and he was not opening the door until 9:00AM, I informed Sgt. Brooks that I take medication that make me urinate frequently. Because my blader was in pain, I walk back to the restroom door and informed Sgt. Brooks Again that I needed to use the bathroom very badly. As I was About to relieve myself, Sgt. Brooks and Lt. Laurie Approach me from behind while I was facing the bathroom door with my penis in my hand.

Lt. Laurie* reach Around me and grab my penis which was expose, to stop.... Lt. Laurie hand touch the head of my penis, which I immediately knock his hand away... and Lt. Laurie started spraying me in the face with mace... without warning. I was grab by my neck and my feet was swept from underneath me and slam to the ground face first, some-one put handcuffs on me, and I was kick in the back on my back brace, I went into shock. At the time, I wrote the original Grievance I thought I had no injuries... Several days later I started recieving severe pains in the area of my back were I was kick. This incident took place with 30 plus inmates looking on as I was force to use the hallway for a toilet, which lead to this Attack by Correctional Officers Stephen W. Laurie and Anthony J. Brooks.

~End~

FORM "B"

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE APPEAL FORM**

| INMATE'S NAME: | INMATE'S #: | DATE: |
|---|---|---|
| Franklin B. Abernathy | W92704 | 8/2/24 |
| **INSTITUTION OCCURRED AT:** MCI-Shirley Medium | **ASSIGNED GRIEVANCE #:** 123076 | |

**INSTRUCTIONS:** & Handwritten Copy made

5. Refer to 103 CMR 491, Inmate Grievance Policy.
6. Provide your appeal argument in **Block A,** in a brief and understandable manner.
7. Provide your requested remedy in **Block B.**

**A. Provide your appeal argument in a brief and understandable manner.**

This is a Supplement Grievance Appeal that the original Grievance Appeal was filed on 7/28/2024. After the Institution Grievance Coord. failed to file a response within the allotted time in accordance with 103 CMR 491.16., in which I took his silence as a denial after (16) business days.

I am attaching this supplement grievance Appeal to my original grievance appeal that was filed with you on 7/28/2024 and returned on 7/31/2024, in which I am now re-submitting the original Grievance Appeal with the IGC decision, which I reject as a solution for my requested remedies.

I set forth and reallege the facts in my original Grievance and my Grievance Appeal as though it was fully set forth herein.

The IGC Decision is rejected as a proper remedy.

**B. Provide your requested remedy**

I set forth and reallege all my requested remedies in my original and Grievance Appeal as though it was fully set forth herein.

**Inmate's Signature** Franklin B. Abernathy **Date:** 8/2/24

**Staff Recipient** ______________________ **Date:** ____________

**(Inmate receipts/responses will be generated via the Inmate Management System.)**

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*MCI-Shirley*
*P. O. Box 1218*
*Shirley, Massachusetts 01464*
*(978) 425-4341, Fax (978) 514-6601*
*www.mass.gov/doc*

MAURA T. HEALEY
*Governor*

KIMBERLEY DRISCOLL
*Lieutenant Governor*

TERRENCE M. REIDY
*Secretary*

SHAWN P. JENKINS
*Chief of Staff*

KELLEY J. CORREIRA
CHRISTOPHER NICHOLS
MITZI S. PETERSON
THOMAS J. PRESTON
*Deputy Commissioners*

JOANN M. LYNDS
*Superintendent*

Abernathy, Franklin W92704

**TO:** Franklin Abernathy, W92704

**FROM:** James Mitchell, Acting Superintendent

**SUBJECT: IMPROPERLY FILED APPEAL**

**DATE:** 7/30/2024

**Please be advised the grievance appeal form you submitted, dated 7/27/2024, was received on 7/30/2024 and is being returned for the following reason:**

____ May not be filed due to grievance is ruled non-grievable refer to **103 CMR 491.16 (3)**

____ May not be filed due to grievance being withdrawn, refer to **103 CMR 491.16 (4)**

____ May not be filed due to exceed the required time frames for submission, refer to **103 CMR 491.16 (5)**

____ May not be filed due to signed Resolution Agreement, refer to **103 CMR 491.16 (6)**

____ Content of Grievance Appeal form, refer to **103 CMR 491.16 (7)**

____ As of (          ) I am extending the length of time of your grievance appeal (#          ) an additional ten (10) business days to further research the matter.

_X__ Other **(see comments)**

**Comments:** You cannot file a grievance appeal without a decision from your grievance. Please wait for your grievance decision before filing an appeal.

For further information regarding inmate grievances, please refer to the 103 CMR 491 – Inmate Grievance policy.