# Exhibit

# D

Exhibit "D"

MAURA T. HEALEY
*Governor*

KIMBERLEY DRISCOLL
*Lieutenant Governor*

TERRENCE M. REIDY
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety &Security*
*Department of Correction*
*MCI-Shirley*
*P. O. Box 1218*
*Shirley, Massachusetts, 01464*
*Tel: (978) 425-4341 Fax: (978) 514-6601*
*www.mass.gov/doc*

SHAWN P. JENKINS
*Commissioner*

CHRISTOPHER NICHOLS
MITZI S. PETERSON
THOMAS J. PRESTON
*Deputy Commissioners*

JOANN M. LYNDS
*Superintendent*

December 2, 2024

Franklin Abernathy, W92704
MCI Shirley – A1 #34
P.O. Box 1218
Shirley, MA 01464

Dear Franklin Abernathy:

Please be advised that the investigation into allegations of staff misconduct made by you against staff has been completed. The investigation found the allegation to be unfounded. This letter is merely intended to inform you, and to document that the investigation is closed.

If you have any questions or concerns, please feel free to contact me.

Therefore, I consider the matter closed.

Sincerely,

Joann M. Lynds,
Superintendent

JML/lq

CC: Scott A. Smith, Chief Professional Standards Unit
File – Intake #21392