# Exhibit

# E

Handwritten Copy

Exhibit "E"

Franklin B. Abernathy
W-92704
MCI-Shirley Medium
P.O. Box 1218 + 104 Harvard Rd.
Shirley, MA 01464

August 17, 2024

Attn: Nancy Anker White
General Counsel
Department of Correction
Legal-Division
75 Franklin St., Suite 600
Boston, MA 02110

RE: Presentment/Demand Letter:

Dear General Counsel,

This is a Presentment/Demand letter, in Accordance with state and Federal Laws, Putting the Commonwealth of Massachusetts-Department of Correction and its servants-staff, or employees i.e. Anthony J. Brooks, Stephen W. Lawrie and others of my intentions of filing a $1,000.000- (One Million Dollar) Civil Complaint.

On July 8, 2024, at approximately 8:20, during a institutional freeze movement for construction equipment entering the Prison at MCI-Shirley Medium, were I was attending the "M.A.T." Program a federally funded Program for inmates who are disable Americans, which is located in the Voc. Ed. Bldg., with 30+ inmates and female staff entering the building, watch on as I was

Cont.

Presentment/Demand Letter
Denied Use of Toilet/Sexual
Assault/Misuse of Force



force to humilate myself by having being denied access to a toilet by Anthony J. Brooks, CO II., who refuse to open the Voc. Ed. Bldg., Inmate bathroom door for me to urinate, forcing me to urinate on the Floor in the Hallway as inmates, Staff, and Spectrum Health System female employees look on And I was sprayed with a chemical Agent in the face and Eyes, As I was being assaulted by staff, Stephen W. Lawrie, CO III, who slam me to the ground face first and kicking me in the back.

Exhaustion Requirement:

In accordence with 103 CMR 491, et seq., and 42 U.S.C. § 1997e., All administative Remedies has been exhausted to proceed in federal Court.

Propose Settlement:

As a Propose settlement offer, Please contact me immediately within (20) business days before civil Action is commence.

Please see D-Report # 515283; Grievance And Grievance Appeal # 123076 (Reference To Incident) Professional Standards Unit, Intake No. 21392.

Sincerely
Franklin B. Abernathy

CC: Handwritten Copy Made