# Exhibit F

Exhibit "F"

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

**Inmate** ABERNATHY, FRANKLIN **Commit No** W92704 **Location** MAT Area

**Date** 20240708 **D- Report No** 515283 **Institution** MCI SHIRLEY (MEDIUM)

| Category | Offense(s) |
|---|---|
| 2 | 2/02/Causing a valid threat of transmission of a contagious disease to any person due to intentional or reckless action. |
| 2 | 2/13/Indecent exposure, or masturbating in the view of another person |
| 2 | 2/24/Conduct which interferes with the security or orderly running of the institution |
| 2 | 2/32/Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself |
| 3 | 3/05/Refusing a direct order by any staff member |
| 3 | 3/26/Use of obscene, abusive or insolent language or gesture |
| 3 | 3/27/Conduct which disrupts the normal operation of the facility or unit |
| 3 | 3/30/Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself |
| 4 | 4/11/Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institution or community based program |

**Description of Offense(s**

On Monday July 8, 2024 at approximately 08:23 am I Sgt Anthony Brooks did witness incarcerated indivudial W92704 Abernathy, Franklin break the rules of MCI Shirley by comiting a lewd act (exposing himself) refusing a direct order and creating a climate issue.

While the Mat program was being conducted I / I Abernathy asked to use the inmate bathroom. I Sgt Brooks told I / I Abernathy the bathroom was not open. I / I Abernathy stated he was going to go down and pee on the floor then, I / I then proceeded to go down the hallway to the inmate bathroom which was closed and exposed himself. Other inmates were in the Voc Ed hallway at the time. I / I Abernathy was the told by Lt. Stephen Lawrie to place his hands behind his back to which he refused. Lt Lawrie told I / I Abernathy he would administer OC spray and I / I stated he had his dick out. I / I still did not place his hands behind his back . Lt Lawrie then administered a dose of OC spray to the facial area.

EOR .

All proper authorites notified.

**Disciplinary Report Type:** Formal

**Has Inmate been placed on Awaiting Action Status** Yes [ ] No [X]

**Referred to DA** [ ] Yes [X] No **Referred to DDU** [ ] Yes [X] No

**Reporting Staff** Anthony J Brooks **Date** 20240708 **Time** 08:23

**Days off** Thu Fri

**Shift** 3x11

**Supervisor** Stephen W Lawrie **Date** 20240709 **Time** 11:20

**20240710 07:08**

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI SHIRLEY (MEDIUM)

## RESULTS OF APPEAL

**TO:** ABERNATHY, FRANKLIN **ID#** W92704 **Housing Unit:** A-1

**Re: D-Report No.** 515283 **Date :** 20241107

institution or community
based program

**Grounds for Appeal:** Pursuant to CMR 451.1.112 , each inmate and each employee shall have access to a toilet and handwash sink at all times. and Pursuant to grievance appeal decision by Supt Lynds on #123076, dated 2024-08-13, which states :Incarcerated individuals will have access to bathroom within programs and vocational building."

Fwd due to lebgth.

**B. By the Superintendent** **Decision** Denied **Date of Decision** 20241104

**After reviewing your case involving the above cited Disciplinary Report, I find as follows:**

| Code Description | Sanctions | Start Date | #of Units | # Credits | End Date |
|---|---|---|---|---|---|
| 2-02-Causing a valid threat of transmission of a contagious disease to any person due to intentional or reckless action. | DISM | | | | |
| 2-13-Indecent exposure, or masturbating in the view of another person | LOP | 20241120 | 90 | 0 | |
| 2-24-Conduct which interferes with the security or orderly running of the institution | LOC | 20241107 | 45 | 0 | 20241222 |
| 2-32-Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself | DISM | | | | |
| 3-05-Refusing a direct order by any staff member | NONE | | | | |
| 3-26-Use of obscene, abusive or insolent language or gesture | DISM | | | | |
| 3-27-Conduct which disrupts the normal operation of the facility or unit | DISM | | | | |
| 3-30-Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the | DISM | | | | |

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI SHIRLEY (MEDIUM)

## RESULTS OF APPEAL

**TO:** ABERNATHY, FRANKLIN **ID#** W92704 **Housing Unit:** A-1

**Re: D-Report No.** 515283 **Date :** 20241107

same as the commission of the offense itself

4-11-Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institution or community based program DISM

**Superintendent's Appeal Notes:** Concur with the findings of fact by the Hearing Officer.

Joann M Lynds 20241104

**Superintendent** **Date**

**A copy of this decision has been served on the inmate:** ABERNATHY, FRANKLIN

**Served by:** Danielle R Connor **Date** 20241107 11:21

**Staff Signature**