# Exhibit

# G

C Exhibit "G"

**DEPARTMENT OF CORRECTION**

**NOTICE OF CONTINUANCE**

---

TO: ABERNATHY, FRANKLIN ID#: W92704

REPORT DATE: **20240708** REPORT #: 515283

AS PROVIDED UNDER DISCIPLINARY REGULATIONS 103 CMR 430.11 AND 430.12, A CONTINUANCE HAS BEEN GRANTED FOR YOUR PENDING DISCIPLINARY HEARING.

YOUR HEARING HAS BEEN RESCHEDULED FOR: 8-28-24
DATE/TIME

NOTICE SERVED BY: ______________________________
(STAFF PERSON'S SIGNATURE)

DATE/TIME: ______________________________

INMATE SIGNATURE: ______________________ DATE/TIME: __________

I PERSONALLY DELIVERED A COPY OF THIS NOTICE TO INMATE ABERNATHY, FRANKLIN

AND THE INMATE REFUSED TO SIGN.

STAFF PERSON'S SIGNATURE: ______________________ DATE: __________

PRINT NAME: ______________________ TIME: __________

* If an open date, you will be notified of the new date at least 24 hours prior to the hearing.

**Commonwealth of Massachusetts**
**Department of Correction**

**Evidence Produced to Inmate Form**

---

**TO:** **Abernathy, Franklin W92704**
Inmate Name

**FROM:** **MCI Shirley**
Disciplinary Office

**RE:** Disciplinary #: 515283

**Approved Evidence produced to Inmate:**

1.) Reporting officer Sgt. Brooks 3x11 t/f
2.) Taped hearing $2.00
3.) Video- Voc. Ed. - hall way
4.) Body worn camera ~~Sgt. Brooks~~ Lt. Lawsie
5.) Incident reports- 2293717, 2293718, 2293720, 2293722, 2293736, 2293758, 2293759, 2293760, 2293766, 2293779, 2293791, 2293801, 2293803, 2293813, 2293837
6.)

**Evidence denied as per 103 CMR 430.11 (2):**

1.) Witness Santiage W117493- disciplinary report states requested to use bathroom
2.) Additional body worn cameras- duplicative
3.) Use of force report- not relevant to charges applied- incident occurred prior to any use of force

Served By:________________________ Date:___/___/___ Time:_______
Disciplinary Officer

Inmate's Signature:________________________ Date:___/___/___ Time:_______

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I delivered copies of this 'EVIDENCE PRODUCED TO INMATE FORM with the identified documents to: ____________________
Inmate's Name

Staff Person's Signature:________________________ Date:___/___/___

Print Name:________________________ Time:_______

**Commonwealth of Massachusetts**
**Department of Correction**

TO: ABERNATHY FRANKLIN W92704

FROM: Connor,Danielle R

RE: Request for Taped Disciplinary Hearing Report # 515283

DATE: 20240807

This office has received your request for a taped hearing and is approved per 103 CMR 430.12 (4).

Based on your request, the institution will make a tape recording of the hearing and you will be charged $ 2.00 unless you are indigent as defined by 103 CMR 481.00.

Should you elect to provide the equipment and tape for this hearing, you must notify the Disciplinary Office prior to the hearing to arrange for the equipment to be admitted into the institution. Failure to make these prior arrangements will result in the denial of the equipment to enter the institution. Upon completion of the hearing, arrangements must be in place for the pick-up of the equipment.

Should you have any questions concerning this process, feel free to contact the Disciplinary Office.

____________________ (Inmate Name) __________ ( Date)

************************************************************************************************

If the inmate refuses to sign, the officer serving this notice must sign below.

I ____________________ personally delivered this notice to inmate

ABERNATHY FRANKLIN W92704

and they refused to sign it.

____________________ (Officer's signature) __________ (Date)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

**Inmate** ABERNATHY, FRANKLIN **Commit No** W92704 **Location** MAT Area

**Date** 20240708 **D- Report No** 515283 **Institution** MCI SHIRLEY (MEDIUM)

| Category | Offense(s) |
|---|---|
| 2 | 2/02/Causing a valid threat of transmission of a contagious disease to any person due to intentional or reckless action. |
| 2 | 2/13/Indecent exposure, or masturbating in the view of another person |
| 2 | 2/24/Conduct which interferes with the security or orderly running of the institution |
| 2 | 2/32/Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself |
| 3 | 3/05/Refusing a direct order by any staff member |
| 3 | 3/26/Use of obscene, abusive or insolent language or gesture |
| 3 | 3/27/Conduct which disrupts the normal operation of the facility or unit |
| 3 | 3/30/Attempting to commit any of the above offenses, making plans to commit any of the above offenses or aiding another person to commit any of the above offenses shall be considered the same as the commission of the offense itself |
| 4 | 4/11/Violating any departmental rule or regulation, or any other rule, regulation, or condition of an institution or community based program |

**Description of Offense(s**

On Monday July 8, 2024 at approximately 08:23 am I Sgt Anthony Brooks did witness incarcerated indivudial W92704 Abernathy, Franklin break the rules of MCI Shirley by comiting a lewd act (exposing himself) refusing a direct order and creating a climate issue.

While the Mat program was being conducted I / I Abernathy asked to use the inmate bathroom. I Sgt Brooks told I / I Abernathy the bathroom was not open. I / I Abernathy stated he was going to go down and pee on the floor then, I / I then proceeded to go down the hallway to the inmate bathroom which was closed and exposed himself. Other inmates were in the Voc Ed hallway at the time. I / I Abernathy was the told by Lt. Stephen Lawrie to place his hands behind his back to which he refused. Lt Lawrie told I / I Abernathy he would administer OC spray and I / I stated he had his dick out. I / I still did not place his hands behind his back . Lt Lawrie then administered a dose of OC spray to the facial area.

EOR .

All proper authorites notified.

**Disciplinary Report Type:** Formal

**Has Inmate been placed on Awaiting Action Status** **Yes** [ ] **No** [X]

**Referred to DA** [ ] **Yes** [X] **No** **Referred to DDU** [ ] **Yes** [X] **No**

**Reporting Staff** Anthony J Brooks **Date** 20240708 **Time** 08:23

**Days off** Thu Fri

**Shift** 3x11

**Supervisor** Stephen W Lawrie **Date** 20240709 **Time** 11:20

**20240710 07:08**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293717 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** MAT Area

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Brooks Anthony J CO II **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024 at approximately 08:23 am I Sgt Brooks did witness incarcerated indivudial W92704 Abernathy, Franklin expose himself.

While the Mat program was being conducted I / I Abernathy asked to use the inmate bathroom. I / I Abernathy was told the bathroom was not open. I / I Abernathy stated he was going to go down and pee on the floor then. I / I then proceeded to go down the hallway to the inmate bathroom which was closed and expose himself. I / I Abernathy was the told by Lt Lawrie to place his hands behind his back to which he refused. Lt Lawrie told I / I Abernathy he would administer OC spray. I / I stated he had his dick out. I Sgt Brooks did observe Lt Lawrie administer a dose of OC spray to the facial area. I had no further contact with I / I Abernathy, Franklin W92704.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Lawrie Stephen W | |
| Staff | | Brooks Anthony J | |

**Entered By:** Brooks Anthony J CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/10/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293718 **Incident Time :** 08:30 **Date:** 07/08/2024 **Place Occurred:** West Gate

**Codes & Subject :** INSTITUTION RELATED Technology Related

**Reported By :** Burwick William S CO II **Department:** security **Reported Date:** 07/08/2024

**Description :** On 7/8/2024 I Sgt Burwick activated my BWC S/N X60AC895K for a Disruptive Inmate (W92704) Abernathy,Franklin in Voc Ed.
I Sgt Burwick had no contact with the inmate

Eor

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Burwick William S | |

**Entered By:** Burwick William S CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293720 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** MAT Area

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Brooks Anthony J CO II **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024 I Sgt Brooks did activate my BWC during a disruptive inmate in the Voc Ed area. BWC #31 S/N X60AC913Q

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Brooks Anthony J | |

**Entered By:** Brooks Anthony J CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024

**Comments :**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293722 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INSTITUTION RELATED Technology Related

**Reported By :** King Michael J CO II **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024 at approximately 8:23 am I Sgt. King activated BWC # 5 s/n X60AC484Q for a disruptive inmate in Voc-ed. This officer did not witness the use of force with inmate Abernathy, Franklin W92704.
Lt. Lawrie notified of report.
EOR

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | King Michael J | |

**Entered By:** King Michael J CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024
**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024
**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293736 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** Voc. Ed.

**Codes & Subject :** INSTITUTION RELATED Technology Related

**Reported By :** Carroll Garrett G CO II **Department:** Security **Reported Date:** 07/08/2024

**Description :** On July 8, 2024 at approximately 8:23am, I Sgt. Carroll did respond to a disruptive inmate in the Voc Ed. building. Upon arrival, inmate Abernathy, Franklin (W92704) was seen on the ground already restrained. BWC #X192 (X60AY6991) activated. EOR

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Carroll Garrett G | |
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |

**Entered By:** Carroll Garrett G CO II

**Supervisor :** Douglas Michael C CO III **Date:** 07/08/2024

**Comments :** Report reviewed.

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293758 **Incident Time :** 08:34 **Date:** 07/08/2024 **Place Occurred:** Other 1

**Codes & Subject :** INMATE RELATED Medical Issues
Use of Force Spontaneous

**Reported By :** Degnan Jennifer LPN **Department:** HSU **Reported Date:** 07/08/2024

**Description :** On July 8, 2024 at approximately 8:34 am Inmate Abernathy, Franklin W92704 was brought to the BAU trauma room after a spontaneous use of force and being sprayed with OC. I Jennifer Degnan LPN attempted to medically assess inmate Abernathy, at this time he allowed me to rinse his eyes and face with normal saline but refused medical assessment. At this time no visible injuries noted. Inmate Abernathy was educated how to access medical while in the BAU. EOR

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Degnan Jennifer | |
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |

**Entered By:** Degnan Jennifer LPN

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293759 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Fisher Scott CO II **Department:** Security 7X3 T/F **Reported Date:** 07/08/2024

**Description :** On Monday, July 8, 2024, at approximately 8:23 P.M., I Sgt. Scott Fisher activated body worn camera during a spontaneous use of force involving Abernathy, Franklin W92704.
While in the Voc-Ed building Abernathy became disruptive in the back hallway of the Voc-Ed building. I called for a disruptive inmate in the voc-ed building via the two-way radio then activated the body worn camera.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Fisher Scott | |
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |

**Entered By:** Fisher Scott CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/08/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293760 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Lazzara Denise M CO III **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday, July 8, 2024 I, Lt. Lazzara was assiged as the West side Lieutenant during the 7x3 shift. At approximately 8:23 AM, inmate Franklin Abernathy W92704 was being escorted to the BAU as the result of a spontaneous use of force. I, Lt. Lazzara activated my body camera, serial # X60AC798Q and trailed the escort from the West Gate to BAU. Upon inmate Abernathy being secured in the BAU, inmate Abernathy was seen by medical and provided a shower by Lt. Maurer and Officer Sullivan. At this time, I deactivated my camera and exited the area. This report is being written for documentation.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Lazzara Denise M | |
| Staff | | Maurer Jacob C | |

**Entered By:** Lazzara Denise M CO III

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :** Reviewed.

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293766 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Zapata Nathan D CO I **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024, at approximately 823 AM I, Officer Nathan Zapata while assigned to the MAT program was involved in a Spontaneous use of force with Inmate Abernathy, Franklin (W92704) in the Voc-Ed hallway.

More specifically on the above date and time I observed Inmate Abernathy become disruptive and refuse direct orders from Lieutenant Stephen Lawrie and Sergeant Anthony Brooks while urinating on the inmate bathroom door of the Voc-Ed, Inmate Abernathy was given multiple direct orders to stop his actions and cuff up, as Lt Lawrie and Officer Ryan Litalien reached to place inmate Abernathy in wrist restraints he quickly pulled away from Lt Lawrie and Officer Litalien and refused to be placed in wrist restraints. Lt Lawrie administered OC spray at Inmate Abernathy. I grabbed ahold of Inmate Abernathy left arm and tripped him to the ground while maintaining control of his left arm. While on the ground Officer Litalien pulled inmate Abernathy's right arm behind his back, I pulled Inmate Abernathy's left arm behind his back. Officer Litalien applied wrist restrains to Inmate Abernathy. Once the restraints were on, we rolled Inmate Abernathy onto his left side to prevent positional asphyxiation. Responding Officers Micheal Sullivan and Lieutenant Jacob Maurer assisted Inmate Abernathy to his feet and escorted him to the BAU trauma room. Incident was recorded on Body worn camera 109 S/N X60AC242T I had no further contact with this inmate.

Lt Lawrie (119) notified EOR

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Zapata Nathan D | |
| Staff | | Litalien Ryan A | |
| Staff | | Lawrie Stephen W | |
| Staff | | Brooks Anthony J | |
| Staff | | Maurer Jacob C | |
| Staff | | Sullivan Michael D | |

**Entered By:** Zapata Nathan D CO I

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :** Reviewed.

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293779 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Climate - Inmate
Use of Force Spontaneous

**Reported By :** Maurer Jacob C CO III **Department:** Security 3x11 F/S **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024, at approximately 0823, while assigned to 111, I, Lt Maurer responded to the Voc Ed for a disruptive inmate which resulted in a spontaneous use of force on inmate Abernathy, Franklin W92704 and activated my BWC S/N X60AC741P.

Upon my arrival I observed the inmate on the ground in wrist restraints. I asked which staff were involved in the use of force and had them relieved and to leave the area. I then directed the inmate to bring his knees to his chest and took control of his left arm utilizing the C-Clamp escort technique along with CO Sullivan on the right side of the inmate and we helped lift the inmate to his feet. Once on his feet and while maintaining this escort technique, I escorted the inmate to the BAU for clearance. We arrived in the BAU triage room at approximately 0833 where the inmate was seen by medical, it was at this time that I offered the inmate a shower after being exposed to OC, to which the inmate wanted. The inmate was escorted to the shower at approximately 0836 and subsequently to the BAU search cell where restraints were removed and an unclothed searched was performed yielding negative results. The inmate was then placed back in wrist restraints and escorted to BAU 2 cell 6 initially but due to issues with the cell door was subsequently secured in BAU 2 cell 7, where I removed the restraints at approximately 0841, thus ending the use of force.

It should be noted that the inmate was impatient, agitated and adamant about getting to the final destination that he refused all medical treatment aside from flushing his facial area with saline and refused to be triaged properly by mental health. Due to these circumstances, I determined it was best suited to secure the inmate in BAU 2 cell 7 to prevent any further use of force than necessary. The mental health clinician followed the escort to try to ask pertinent questions for BAU clearance and the inmate stated he was fine and wanted to be secured in the cell.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Maurer Jacob C | |
| Staff | | Sullivan Michael D | |

**Entered By:** Maurer Jacob C CO III

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :** Reviewed.

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293791 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Litalien Ryan A CO I **Department:** security **Reported Date:** 07/08/2024

**Description :** On Monday July 8th, 2024 at approximately 08:23am I CO Ryan Litalien was involved in a spontaneous use of force involving Inmate Abernathy, Franklin (W92704).

During the course of the MAT medication line, I CO Litalien did become aware of a situation happening at the Voc-ed bathroom next to the sew shop. I responded to a situation where Inmate Abernathy, Franklin was urinating on the floor. Myself, Lt. Stephen Lawrie, and Sgt.. Anthony Brooks gave several direct orders for Inmate Abernathy to cease his obscene misuse of the bathroom door by urinating on it and to comply with being placed in restraints. Inmate Abernathy replied to these commands with, "I got my dick in my hand is that ok with you?" LT Lawrie and this reporting officer attempted to gain control of Inmate Abernathy's arms when he turned around and began to actively resisting being place in restraints by pulling away. I did then activate my body worn camera #106 s/n:X60AC152P. At this time Lt. Lawrie did deploy OC spray from his MK4 streamer. CO Nathan Zapata did then grab his arm and dragged Inmate Abernathy to the ground and maintained control of Inmate Abernathy's left arm while I CO Litalien did assist in getting Inmate Abernathy on his stomach by pulling his right arm out from under him and forcefully placed his right arm behind his back. I maintained control of Inmate Abernathy's right arm while placing restraints on Inmate Abernathy's wrists.

I was then relieved by responding staff and had no further contact with Inmate Abernathy.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Litalien Ryan A | |
| Staff | | Brooks Anthony J | |
| Staff | | Lawrie Stephen W | |
| Staff | | Zapata Nathan D | |

**Entered By:** Litalien Ryan A CO I

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/10/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293801 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Leal Michael S CO I **Department:** security **Reported Date:** 07/08/2024

**Description** : On Monday July 8th, 2024 I Sgt. Michael Leal did respond to a disruptive inmate call in the Voc Ed Buidling, which resulted in a spotaneous use of force with Inmate Abernathy, Franklin ( W92704 ).

More specifically, upon arrival to the disruptive inmate in Voc Ed Building I Sgt. Leal did activate my BWC and observed Inmate Abernathy already in wrist restraints. I did assist in pulling up the pants of Inmate Abernathy in order for him to be escorted outside the building. I had no further contact with Inmate Abernathy.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Leal Michael S | |

**Entered By:** Leal Michael S CO I

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :** Reviewed.

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)
### INCIDENT REPORT

**Incident Report # :** 2293803 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Lawrie Stephen W CO III **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday, July 8, 2024, at approximately 8:23 a.m., I, Lieutenant Stephen Lawrie was assigned as the South Sector Lieutenant was involved in a Spontaneous Use of Force involving Inmate Abernathy, Franklin (W92704) in the Voc. Ed. building.

At the aforementioned time, Inmate Abernathy went up to Sgt. Anthony Brooks, who was the assigned Voc. Ed. officer, and in a loud raised voice, I, Lt. Lawrie heard Inmate Abernathy state that he was going to go down to the Voc. Ed. Inmate bathroom door, and piss on it. I, Lt. Lawrie approached Inmate Abernathy, who had his penis exposed, facing the Inmate bathroom door. I, Lt. Lawrie gave Inmate Abernathy a direct order to place his hands behind his back, to be placed in wrist restraints. Inmate Abernathy refused the direct order. I, Lieutenant Lawrie told Inmate Abernathy if he failed to comply with my orders, that I would utilize OC. I, Lt. Lawrie, then gave Inmate Abernathy a direct order to place his hands behind his back, to be placed in wrist restraints, to which he replied, I can't I have my dick out. I, Lt. Lawrie then attempted to place Inmate Abernathy in wrist restraints, Inmate Abernathy pulled away, I took a step back and I administered OC to the facial area utilizing a Mark IV OC streamer. At this time Sgt. Scott Fisher via radio called in a disruptive inmate in the Voc. Ed. When administering the OC streamer, space was limited, and my back was too close to wall in the hallway, making it not possible to back up any farther. Officer Nathan Zapata and Officer Ryan Litalian brought Inmate Abernathy to the ground. Officer Zapata took Inmate Abernathy's left arm and placed it behind his back. Officer Litalien then applied restraints to Inmate Abernathy at 8:23 a.m. Lieutenant Jacob Maurer and Officer Michael Sullivan then escorted Inmate Abernathy to the BAU Triage Room at 8:33 a.m., I, Lt. Lawrie had no further contact with the inmate. Restraints were removed by Lt. Maurer at 8:41 a.m., thus, ending the Spontaneous Use of Force. Let it be known that my assigned Body Worn Camera S/N: X60AC447V was activated for this event.

Captain Kronopolus (107) was notified. EOR

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Lawrie Stephen W | |
| Staff | | Brooks Anthony J | |
| Staff | | Fisher Scott | |
| Staff | | Litalien Ryan A | |
| Staff | | Zapata Nathan D | |
| Staff | | Sullivan Michael D | |
| Staff | | Kronopolus Matthew P | |
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |

**Entered By:** Lawrie Stephen W CO III

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/08/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)

### INCIDENT REPORT

**Incident Report # :** 2293813 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** Voc. Ed.

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Sullivan Michael D CO I **Department:** Security **Reported Date:** 07/08/2024

**Description :** On Monday July 8, 2024, at approximately 0823, while assigned to 114A, I, CO Sullivan responded to the Voc Ed for a disruptive inmate which resulted in a spontaneous use of force on inmate Abernathy, Franklin W92704. While responding to the voc-ed my BWC s/n X60AC898Q fell off of my uniform shirt before having the opportunity to activate it.

Upon my arrival I observed the inmate on the ground in wrist restraints. I then assisted the inmate to bring his knees to his chest and took control of his right arm utilizing the C-Clamp escort technique along with Lt. Maurer on the left side of the inmate and we helped lift the inmate to his feet. Once on his feet and while maintaining this escort technique, I escorted the inmate to the BAU for clearance. We arrived in the BAU triage room at approximately 0833 where the inmate was seen by medical; it was at this time that the inmate was offered a shower after being exposed to OC, to which the inmate accepted. The inmate was escorted to the shower at approximately 0836 and subsequently to the BAU search cell where restraints were removed and an unclothed searched was performed yielding negative results. The inmate was then placed back in wrist restraints and escorted to BAU 2 cell 6 initially but due to issues with the cell door was subsequently secured in BAU 2 cell 7, where the restraints were removed at approximately 0841, thus ending the use of force.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Maurer Jacob C | |
| Staff | | Sullivan Michael D | |

**Entered By:** Sullivan Michael D CO I

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/10/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### MCI SHIRLEY (MEDIUM)
### INCIDENT REPORT

**Incident Report # :** 2293837 **Incident Time :** 08:23 **Date:** 07/08/2024 **Place Occurred:** VOC ED

**Codes & Subject :** INMATE RELATED Use of Force Spontaneous

**Reported By :** Fisher Scott CO II **Department:** Security 7X3 T/F **Reported Date:** 07/08/2024

**Description :** On Monday, July 8, 2024, at approximately 8:23 A.M., I Sgt Scott Fisher did witness a spontaneous use of force involving W92704 Abernathy, Franklin.
While posted on the South side, Lt. Stephen Lawrie (119) called on the radio to come to his location in the Voc-Ed building. When I arrived on scene to Lt. Lawrie's location, he was giving Abernathy direct orders to place his hands behind his back to be placed in wrist restraints which were refused. When Abernathy continued to refuse all direct orders Lt. Lawrie sprayed OC (Oleoresin Capsicum) at Abernathy's face and head area. I called via the two-way radio a disruptive inmate in the voc-ed building and activated my body worn camera serial #X60AC587V. Abernathy continued to be combative and refused to be placed in wrist restraints. Abernathy was wrestled to the ground by CO Ryan Litaian and CO Nathan Zapata. While on the ground Abernathy continued to refuse to be placed in cuffs by keeping hands clenched to chest. CO Latalian was able to pry away the right arm and place it behind back. CO Zapata was able to remove the left arm from underneath Abernathy and place it behind back. CO Litalien had placed the wrist restraints on the right arm. CO Zapata had control of the left arm and placed it against the back of Abernathy while CO Litalien secured restraints. Abernathy was helped up from the floor by Lt. Jacob Mauer (111) and CO Michael Sullivan (114A). Lt. Mauer used a c-clamp technique on the left arm and CO Sullivan used a c-clamp technique during the escort. Abernathy was escorted out of the Voc-Ed building to the Health Services Unit. I had no contact with Abernathy.

| Person Type | Commit No | Name | Housing Unit |
|---|---|---|---|
| Staff | | Fisher Scott | |
| Inmate | W92704 | ABERNATHY FRANKLIN | BAU2 |
| Staff | | Litalien Ryan A | |
| Staff | | Zapata Nathan D | |
| Staff | | Lawrie Stephen W | |
| Staff | | Maurer Jacob C | |
| Staff | | Sullivan Michael D | |

**Entered By:** Fisher Scott CO II

**Supervisor :** Lawrie Stephen W CO III **Date:** 07/10/2024

**Comments :**

**Shift Commander:** Kronopolus Matthew P **Date:** 07/10/2024

**Comments :**

20240802 12:29:07